UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:

LIBERTY BRIDGE CAPITAL MANAGEMENT GP, LLC,

                            Debtor.
------------------------------------------------x
KENNETH P. SILVERMAN, etc., et al.,

                            Plaintiffs,

         -against-                                    24-cv-8062 (LAK)

                                                  [Case No. 20-10009 (JPM)]
CAROB BEAN REALTY CORP., et ano.,         [Adv. Pro. No., 20-001190 (JPM)]

                            Defendants.
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-25

## ORDER

Lewis A. Kaplan, *District Judge.*

        The Court will hear oral argument on the pending appeal on March 11, 2025 at 11:30 a.m. in Courtroom 21B.

        SO ORDERED.

Dated:      February 28, 2025

                                                                  Lewis A. Kaplan
                                                      United States District Judge