**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

In re:

LIBERTY BRIDGE CAPITAL MANAGEMENT, GP, LLC, et al.,

                      Debtors.

------------------------------------------------------------------X

KENNETH P. SILVERMAN, Chapter 7 Trustee
of LIBERTY BRIDGE CAPITAL MANAGEMENT,
GP, LLC, et al,

                  Plaintiff-Appellant,          24 **CIVIL** 8062 (LAK)

      -against-                            **JUDGMENT**

CAROB BEAN REALTY CORP. II,

                  Defendant-Appellee.

------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated April 24, 2025, the Bankruptcy Court's order is (1) vacated to the extent it granted Carob Bean's cross-motion for summary judgment dismissing the Complaint, and (2) affirmed to the extent it denied the Trustee's motion for summary judgment. The case is remanded for further proceedings consistent with this decision.

**Dated:** New York, New York
         April 25, 2025

                                                    **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                           **BY:** _[signature]_

                                                        **Deputy Clerk**